**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROLLY STEVANES ENOCH, | No. 07-72242 |
| Petitioner, | Agency No. A093-321-787 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Rolly Stevanes Enoch, a native and citizen of Indonesia, petitions for review

of the Board of Immigration Appeals' order affirming an immigration judge's

decision denying his application withholding of removal.  We have jurisdiction

pursuant to 8 U.S.C. § 1252.  We review for substantial evidence, *Fakhry v.*

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Mukasey*, 524 F.3d 1057, 1062 (9th Cir. 2008), and we deny the petition for review.

Enoch did not allege that he experienced past persecution or any harm in Indonesia. Substantial evidence supports the agency's denial of withholding of removal because Enoch did not establish a clear probability of persecution on account of his Christian religion, *see Lolong v. Gonzales*, 484 F.3d 1173, 1179 (9th Cir. 2007) (en banc), or his status as a publisher of a Christian newsletter, *see Fakhry*, 524 F.3d at 1066. Substantial evidence also supports the agency's finding that Enoch failed to establish a pattern or practice of persecution of Christians in Indonesia. *See Wakkary v. Holder*, 558 F.3d 1049, 1060-62 (9th Cir. 2009).

Enoch does not challenge the agency's denial of his asylum application as time-barred or the denial of his application for relief under the Convention Against Torture. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

**PETITION FOR REVIEW DENIED.**